The Chase National Bank of The City of New York, as Trustee, etc.,

Respondent, v. Frederick McHenry Kitching, Individually and as Guardian ad Litem of Cort Kitching, Infant, and Florence Mellin Kitching, Appellants, and Others, Defendants.— Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.